JN      /17

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:   Fred Dwane Collins Jr and Lisa Selettie Collins        CASE NO:   5:08-bk-17847 T
                                                                        Chapter 13

### NOTICE REGARDING HEARING ON TRUSTEE'S MOTION TO DISMISS

YOU ARE HEREBY NOTIFIED that the hearing on the Trustee's Motion to Dismiss scheduled for 11/10/2009 at 9:00 am has been continued to:

> 12/02/2009 at 9:00 am
>
> United States Courthouse
> 100 E. 8th Ave. 3rd Floor
> Pine Bluff, AR 71601

Date: 11/06/2009

/s/ RICHARD D. TAYLOR
RICHARD D. TAYLOR
U. S. Bankruptcy Judge

cc:   Fred Dwane Collins Jr and Lisa Selettie Collins
      P O Box 8325
      Pine Bluff, AR  71611

      Dickerson Law Firm (Ach)
      P O Box 8567
      Pine Bluff, AR  71611