IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Fred Dwane Collins Jr and Lisa Selettie Collins

CASE NO: 5:08-bk-17847 T

Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on December 03, 2009, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of December 03, 2009.

IT IS SO ORDERED.

Date: 07/16/2010

/s/ Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

Dickerson Law Firm (Ach)
P O Box 8567
Pine Bluff, AR  71611

Fred Dwane Collins Jr and Lisa Selettie Collins
P O Box 8325
Pine Bluff, AR  71611

All Creditors

JN   /195